# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ERICA HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )　　**CASE NO. 1:20-cv-3269- JMS-MG** |
| | ) |
| MUNCIE INDIANA TRANSIT SYSTEM | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Pursuant to the Joint Stipulation for Dismissal, With Prejudice, filed herein by counsel, this cause of action is hereby ORDERED dismissed, with prejudice [31].

SO ORDERED.

Date: 11/8/2021

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF.